UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FEB 2 0 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )  No. **4:20CR00127 RWS/SPM**
)
KARIF MCCREIGHT,  )
)
Defendant.  )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 7, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**KARIF MCCREIGHT,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172(MO)
Assistant United States Attorney